UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/23/2023

BUONAIUTO,

                Plaintiffs,

-against-

DEPUY ORTHOPAEDICS INC ET AL.,

                Defendants.

23-cv-00102 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The above-captioned matter was transferred to this Court on January 5, 2023. *See* ECF No. 136. In the Plaintiffs' Amended Complaint, Plaintiffs state they reside in Nanuet, Rockland County, New York. ECF No. 117. Additionally, on December 21, 2022, the parties filed a joint status report identifying the United States District Court for the Southern District of New York, White Plains Division, as the appropriate trial court pursuant to 28 U.S.C. §1404. ECF No. 130.

    The parties are hereby **ORDERED** to submit a joint statement indicating whether the claims in this matter arose in whole or in part in the Northern Counties of the Southern District of New York (Dutchess, Orange, Putnam, Rockland, Sullivan, and Westchester Counties). The parties are **ORDERED** to submit this joint status report on or by **January 27, 2023**.

**SO ORDERED.**

Dated:    January 23, 2023
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**