UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DENISE BUONAIUTO and FRANK
BUONAIUTO,
                Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., DEPUY
PRODUCTS, INC., DEPUY SYNTHES, INC.,
JOHNSON & JOHNSON (INC.), and
JOHNSON & JOHNSON INTERNATIONAL,
                Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 102 (VB)

        As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

        1.      By **May 31, 2023**, counsel shall submit a joint letter regarding the status of their good faith settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

        2.      The next case management conference is scheduled for **June 28, 2023, at 2:30 p.m.**, to be held in person at the White Plains Courthouse, Courtroom 620.

Dated: March 10, 2023
        White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge