UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DENISE BUONAIUTO and FRANK
BUONAIUTO,
              Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC.; DEPUY
PRODUCTS, INC.; DEPUY SYNTHES, INC.;
JOHNSON & JOHNSON INC.; JOHNSON &
JOHNSON SERVICES, INC.; and JOHNSON
& JOHNSON INTERNATIONAL,
              Defendants.
--------------------------------------------------------------x

**ORDER**

23 CV 102 (VB)

10/31/23

    As discussed at an on-the-record conference held today and attended by counsel for all parties, it is hereby ORDERED:

1. By April 1, 2024, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

2. By April 1, 2024, the parties shall submit any motions in limine, including with respect to punitive damages or collateral estoppel as discussed at today's conference.

3. Oppositions to motions in limine, if any, are due April 15, 2024. No replies will be permitted absent prior Court approval.

4. By July 1, 2024, the parties shall submit proposed voir dire, joint proposed jury instructions, and a joint verdict firm. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a

1

citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

5. A final pre-trial conference is scheduled for July 17, 2024, at 2:30 p.m., to be conducted in person at the White Plains Courthouse, Courtroom 620.

6. Jury selection and trial are scheduled to begin on September 3, 2024, at 9:30 a.m.

Dated: October 31, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge