UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DENISE BUONAIUTO and FRANK
BUONAIUTO,

              Plaintiffs,

v.

DEPUY ORTHOPAEDICS, INC.; DEPUY
PRODUCTS, INC.; DEPUY SYNTHES, INC.;
JOHNSON & JOHNSON INC.; JOHNSON &
JOHNSON SERVICES, INC.; and JOHNSON
& JOHNSON INTERNATIONAL,

              Defendants.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/24

**ORDER**

23 CV 102 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is hereby ORDERED:

1. The Court resolved the parties' pre-trial motions on the record. The Clerk is directed to terminate Docs. ##166, 167, 169, 173, 175, 177, and 179.

2. By **July 31, 2024**, plaintiffs may submit a letter with supporting affidavits and/or other materials indicating whether plaintiffs' expert Dr. Greg Hallman is unwilling to make himself available for trial and what circumstances, if any, justify permitting his deposition testimony at trial. Defendants may respond by **August 14, 2024**.

3. The parties shall submit a proposed revised Joint Pretrial Order by **August 16, 2024**.

4. A case management conference is scheduled for **August 27, 2024, at 11:30 a.m.**

Dated: July 17, 2024
      White Plains, NY

                      SO ORDERED:

                      _____
                      Vincent L. Briccetti
                      United States District Judge