UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DENISE BUONAIUTO and FRANK            :
BUONAIUTO,
                          Plaintiffs,  :        **ORDER OF DISMISSAL**
                                       :
v.                                     :        23 CV 102 (VB)
                                       :
DEPUY ORTHOPAEDICS, INC.; DEPUY        :
PRODUCTS, INC.; DEPUY SYNTHES, INC.;   :
JOHNSON & JOHNSON INC.; JOHNSON &      :
JOHNSON SERVICES, INC.; and JOHNSON    :
& JOHNSON INTERNATIONAL,               :
                          Defendants.  :
------------------------------------------------------------x

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: 8/21/24

The Court has been advised that the parties have settled this matter. (Doc. #207).

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without

prejudice to the right to restore the action to the Court's calendar, provided the application to

restore the action is made by no later than October 21, 2024. To be clear, any application to

restore the action must be filed by October 21, 2024, and any application to restore the action

filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are

cancelled. **Specifically, the conference scheduled for August 27, 2024, and the trial**

**scheduled to begin September 3, 2024, are cancelled.** Any pending motions are moot.

The Clerk is instructed to close this case.

Dated: August 21, 2024
        White Plains, NY

                          SO ORDERED:

                          Vincent L. Briccetti
                          United States District Judge